# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 26-1257** **September Term, 2026**

**FCC-26-93**

**Filed On:** October 2, 2026

LiveVideo.AI Corp.,

Petitioner

v.

Federal Communications Commission and
United States of America,

Respondents

**BEFORE:** Srinivasan, Chief Judge, and Henderson and Garcia, Circuit Judges

## **O R D E R**

Upon consideration of the motion for an administrative stay, a stay pending review, and expedited consideration, it is

**ORDERED** that respondents file a response to the motion by October 13, 2026. Any reply is due by October 20, 2026.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Selena R. Gancasz
Deputy Clerk